Thomas M. Waitkus
18899 N. 77th Ave
Glendale, Arizona  85308
twaitkus@yahoo.com
In Pro Se

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**FILE ON DEMAND**
**FOR THE RECORD**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**Thomas M. Waitkus**, individual,

**Plaintiff,**

**vs.**

**West Asset Management, Inc.,** a corporation, et al,

**Defendant(s).**

**Case No. __**   CV-15-01124-PHX-ROS   __

**VERIFIED COMPLAINT**
**FOR RELIEF**

**DEMAND FOR TRIAL BY JURY**

---

### VERIFIED COMPLAINT for RELIEF

---

Plaintiff, Thomas M. Waitkus, sues Defendant(s), West Asset Management, Inc., and for his complaint alleges:

### Nature of the Action

1.     This is a complaint for money damages.

Page 1 of 8

2. Plaintiff contends that Defendant has violated the Telephone Consumer Protection Act (hereinafter "TCPA") by contacting Plaintiff's assigned cellular telephone number (602-451-8922), in an attempt to collect an alleged debt.

3. Plaintiff contends that Defendant willingly and knowingly violated the TCPA.

4. Plaintiff also alleges Defendant violated the Fair Debt Collection Practices Act (hereinafter "FDCPA").

**Parties**

5. Plaintiff, Thomas M. Waitkus (hereinafter "Plaintiff"), is a consumer and a citizen of Maricopa County, Arizona.

6. Defendant West Asset Management, Inc., (hereinafter "Defendant" or "WAM"), a debt collector, is a corporation registered in Nebraska and Arizona. West Asset Management, Inc., is doing business in Arizona.

**Jurisdiction and Venue**

7. Jurisdiction of this Court arises under 47 U.S.C. § 227 (b)(3), 47 U.S.C. § 227 (c)(5) and 15 USC § 1692 k(d).

8. Venue is proper pursuant to 28 U.S.C. §1391 (b). Venue in this District is proper in that Plaintiff resides here, Defendant engages in and transacts business here, and all of the conduct and events complained of occurred here.

9. Defendant has violated the TCPA and the FDCPA. Defendant has violated these acts by calling Plaintiff's cell phone and attempting to collect an alleged debt.

///

///

///

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Waitkus v. West Asset Management, Inc., et al

**Background**

10.     Since 16-December-2004, Plaintiff has publicly noticed all entities and persons of his desire not to be contacted contrary to the provisions allowed under the TCPA, when he registered his phone number on the National Do Not Call Registry. (*See* Exhibit "A")

11.     On or about 12-March-2015 at about 9:09 A.M. local time, through 11-May-2015 at approximately 6:53 P.M. local time, Defendant called the Plaintiff's cellular phone on a minimum of 22 occasions without Plaintiff's prior express permission or for emergency purposes. (*See* Exhibit "B").

12.     The communications in question here are all related to telephone calls to Plaintiff's cellular phone and attempted collection of an alleged debt.

13.     Defendant has not had an established business relationship with Plaintiff at any time prior to Defendant contacting Plaintiff's telephone.

14.     Plaintiff has never given Defendant express consent to call Plaintiff's cellular phone.

15.     The acts alleged herein all took place in Maricopa County, Arizona, in that the offending calls were received there.

16.     Plaintiff has attempted to resolve this matter privately with Defendant, however, Defendant has been unresponsive, uncooperative and virtually non-communicative regarding the allegations, therefore Plaintiff brings forward these causes of action seeking remedy for violations as described under causes of action.

**CAUSES OF ACTION**

**COUNT I**
**DEFENDANT'S VIOLATIONS OF THE TELEPHONE**
**CONSUMER PROTECTION ACT AT 47 U.S.C. § 227 (b)(1)**

17.     Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

Page 3 of 8

18.    Defendant has demonstrated non-compliance with 47 U.S.C. §227(b)(1) by using an automatic telephone dialing system that has the capacity to store or produce telephone numbers as described at 47 USC § 227(a)(1) to call Plaintiff's cellular phone.

19.    Defendant contacted Plaintiff via telephone without an existing business relationship between the parties, contrary to 47 U.S.C. 227(a)(2).

20.    Defendant initiated a minimum of 22 phone calls to Plaintiff's telephone absent Plaintiff's express consent (see Exhibit "B"). Defendant violated the TCPA at 47 U.S.C. § 227 (b)(1)(A)(iii) which states in part;

> (1) PROHIBITIONS.—it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or this radio common carrier service, or any service for which the called party is charged for the call;

21.    The TCPA allows for a private right of action at 47 U.S.C. § 227 (b)(3) of $500 for each violation.

22.    The TCPA, at 47 U.S.C. § 227 (b)(3) further states in part;

> "If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph."

### COUNT II
### DEFENDANT'S VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT AT 47 U.S.C. § 227 (c)(5)

23.    Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Waitkus v. West Asset Management, Inc., et al

24.     On 13-December-2004, Plaintiff publicly and formally noticed and requested all entities and persons through registration of his assigned phone number on the National Do Not Call Registry his express non-consent to receive any calls from parties subject to the TCPA.

25.     Defendant called the Plaintiff's cellular phone on a minimum of 22 occasions, contrary to 47 U.S.C. § 227 (c)(5).

26.     Defendant repeatedly harassed, oppressed and abused Plaintiff as demonstrated by calling the Plaintiff's phone number, more than once during a 12 month period, which states in part:

> (5) PRIVATE RIGHT OF ACTION.--A person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—
>
> (A) an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,
> (B) an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or
> (C) both such actions.

### COUNT III
### DEFENDANT'S VIOLATION OF THE FAIR
### DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692 d

27.     Plaintiff alleges and incorporates the information in paragraphs 1 through 26.

28.     Defendant has not validated an alleged debt owed of Plaintiff.

29.     The number of calls Defendant placed to Plaintiff is clearly excessive and contrary to the protection intended to consumers by the FDCPA in every regard.

30.     Defendant engaged in conduct of which the natural consequence resulted in harassment, oppression and abuse by repeatedly contacting Plaintiff in violation and contrary to 15 USC §1692d which states in part,

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Waitkus v. West Asset Management, Inc., et al

806. Harassment or abuse

   A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.  Without limiting the general application of the foregoing, the following conduct is a violation of this section:

   (5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse or harass any person at the called number.

## CONCLUSION

Defendant clearly disregarded the TCPA and FDCPA as evidenced by the number and frequency of telephone calls placed to Plaintiff's cellular telephone.  Defendant has refused to remedy this matter with Plaintiff and forced Plaintiff to take civil action against Defendant, straining Plaintiff and this Courts' resources.  Plaintiff was tormented by calls placed by Defendant to Plaintiff's cell phone, especially during a period of grieving following the death of a family member.  Plaintiff has never had any business relationship with Defendant and Defendant has failed to validate any alleged debt.

Plaintiff respectfully urges this court consider the widest latitude of margins regarding "willful or knowing" when considering the nature of the Defendant's business and expected business conduct of a debt collector regarding outgoing telephone calls to consumers.  Defendant clearly harassed, oppressed and abused Plaintiff when Defendant knowingly and willfully contacted Plaintiff via telephone contrary to consumer protection laws designed to protect consumers from abusive business practices and the accompanying injurious harassment, oppression, annoyance and abuse associated with unwanted phone calls.

Absent the affirmative defense allowance of the TCPA at 47 U.S.C. § 227 (c)(5), Plaintiff respectfully requests this court use its discretion and find Defendant willfully and

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Waitkus v. West Asset Management, Inc., et al

knowingly violated the TCPA when Defendant excessively placed phone calls to Plaintiff's cellular telephone.

### Reservation of Rights

Plaintiff reserves all rights to modify or amend his complaint as necessary and for actual damages that have occurred or that discovery may bear as witness, including but not limited to, Defendant's telephone system records which may reveal additional unauthorized calls and repeat violations made by Defendant to Plaintiff's phone.   Plaintiff also reserves the right to pursue additional causes of action against Defendant for violations not represented herewith and a trial by jury.

**WHEREFORE**, based on facts set forth in the above counts, Plaintiff demands

(a) a decision favoring Plaintiff in this action on all counts,

(b) minimum statutory damages of $22,500.00 payable by Defendant, up to the maximum statutory treble damages for willful or knowingly violating the TCPA, $65,500.00, and any additional relief as it may bear,

(c) court filing fees, service of process or other expenses and reasonable attorney fees,

(d) any and all such other relief as may be just.

Dated: June 18, 2015                                        Respectfully Submitted,

Thomas M. Waitkus, Plaintiff
In Pro Se

Page 7 of 8

## **VERIFICATION**

I, the undersigned, hereby Attest and Declare:

I am the Plaintiff in the foregoing document entitled, VERIFIED COMPLAINT FOR RELIEF.

I have read and know the contents thereof and certify that the matters stated therein are facts of my own knowledge, except as to those matters, which are therein stated upon my information or belief, and as to those matters I believe them to be correct.

I declare under the penalty of perjury of the Laws of Arizona, that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this verification is executed in Glendale, Arizona.

Dated:  June 18, 2015

Thomas M. Waitkus, Plaintiff

The above named Affiant appeared before me, a Notary, subscribed, sworn

under oath this ___June___ day of ___18___ , 2014. 15

Notary

My commission expires: _July 31, 2016_          seal

> **DULCE VAZQUEZ**
> Notary Public - State of Arizona
> MARICOPA COUNTY
> My Commission Expires
> July 31, 2016

Page 8 of 8

# Exhibit "A"



[External] Fw: National Do Not Call Registry - Your Registration Is Confirmed
Tom Waitkus
to:
thomas_waitkus@vanguard.com
06/17/2015 07:53 PM
Hide Details
From: Tom Waitkus <twaitkus@yahoo.com>

To: "thomas_waitkus@vanguard.com" <thomas_waitkus@vanguard.com>

Please respond to Tom Waitkus <twaitkus@yahoo.com>

On Monday, June 15, 2015 8:22 PM, "Verify@DonotCall.gov" <Verify@DonotCall.gov> wrote:

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8922 on December 16, 2004. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*********************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Exhibit "B"

| Call # | Date | Time | Calling # | Exhibit |
|---|---|---|---|---|
| 1 | 3/12/2015 | 9:20AM | 623-242-0188 | Verizon Bill |
| 2 | 3/19/2015 | 11:37AM | 623-455-5315 | Screenshot |
| 3 | 3/19/2015 | 12:16PM | 623-455-5315 | Verizon Bill |
| 4 | 3/20/2015 | 2:38PM | 623-455-5315 | Verizon Bill |
| 5 | 3/24/2015 | 2:21PM | 623-223-7413 | Verizon Bill |
| 6 | 3/24/2015 | 2:23PM | 623-223-7413 | Verizon Bill |
| 7 | 3/24/2015 | 2:24PM | 623-223-7413 | Verizon Bill |
| 8 | 3/24/2015 | 2:24PM | 623-223-7413 | Verizon Bill |
| 9 | 3/31/2015 | 8:56AM | 623-242-0188 | Verizon Bill |
| 10 | 3/31/2015 | 9:30AM | 623-242-0188 | Verizon Bill |
| 11 | 4/1/2015 | 3:38PM | 623-242-0188 | Verizon Bill |
| 12 | 4/2/2015 | 11:25AM | 623-242-0188 | Screenshot |
| 13 | 4/2/2015 | 5:53PM | 623-242-0188 | Screenshot |
| 14 | 4/3/2015 | 11:16AM | 623-242-0188 | Screenshot |
| 15 | 4/6/2015 | 8:10AM | 623-455-5315 | Verizon Bill |
| 16 | 4/7/2015 | 11:08AM | 623-455-5315 | Screenshot |
| 17 | 4/8/2015 | 1:12PM | 623-455-5315 | Screenshot |
| 18 | 4/10/2015 | 8:44AM | 623-455-5315 | Screenshot |
| 19 | 4/20/2015 | 2:31PM | 623-242-0188 | Screenshot |
| 20 | 4/28/2015 | 10:59AM | 623-455-5315 | Verizon Bill |
| 21 | 5/4/2015 | 4:09PM | 623-223-7413 | Verizon Bill |
| 22 | 5/11/2015 | 6:53PM | 623-242-0188 | Screenshot |



PO BOX 4005
ACWORTH, GA 30101–9006

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com | | Past Due |
| Change your address at vzw.com/changeaddress | Invoice Number | 1383901604 |

KEYLINE

THOMAS M WAITKUS
18899 N 77TH AVE
GLENDALE, AZ  85308–5958

## Quick Bill Summary

Mar 05 – Apr 04

| | |
|---|---|
| Previous Balance *(see back for details)* | $▓▓ |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | $▓▓ |
| Monthly Charges | $▓▓ |
| Verizon Wireless' Surcharges and Other Charges & Credits | $▓▓ |
| Taxes, Governmental Surcharges & Fees | $.00 |
| **Total Current Charges Due by April 29, 2015** | $▓▓ |

**Total Amount Due** $▓▓

---

**Verizon Wireless News**

### See Where You Use Data The Most

We know it's important to have tools to help monitor your usage. That's why we've created the new Data Utilization tool in My Verizon. Now you can easily view your data usage by category. Visit vzw.com/datautilization.

---

Our records indicate your account is past due.  Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.vzw.com | 1.800.922.0204 or *611 from your wireless |

---



THOMAS M WAITKUS
18899 N 77TH AVE
GLENDALE, AZ  85308–5958

VW

| | |
|---|---|
| Bill Date | April 04, 2015 |
| Account Number | ▓▓▓▓▓▓▓ |
| Invoice Number | 1383901604 |



Please Recycle

## Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$▓▓▓

$ ☐☐☐ . ☐☐

PO BOX 660108
DALLAS, TX  75266–0108



☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.



NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1–866–544–0401.

## Detail for Thomas Waitkus: 602-451-8922

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|-----------|-------------|-------------|------|-----------------|-----------------------|-------|
| 3/11 | | | Peak | M2MAllow | Phoenix AZ | Incoming CL | 13 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow | Scottsdale AZ | | 4 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow | Scottsdale AZ | | 6 | --- | --- | --- |
| 3/11 | | | Peak | M2MAllow | Tempe AZ | Phoenix AZ | 2 | --- | --- | --- |
| 3/11 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/11 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/11 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/11 | 4 | | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/11 | 5 | | Peak | PlanAllow | Peoria AZ | Incoming CL | 2 | --- | --- | --- |
| 3/11 | 5 | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow | Glendale AZ | Peoria AZ | 1 | --- | --- | --- |
| 3/11 | | | Peak | PlanAllow,CallWait | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 3/12 | 6 | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/12 | 6 | | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 3/12 | 7 | | Peak | PlanAllow | Peoria AZ | | 1 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Peoria AZ | | 1 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Glendale AZ | | 2 | --- | --- | --- |
| 3/12 | 7 | | Peak | PlanAllow | Peoria AZ | | 1 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Peoria AZ | | 1 | --- | --- | --- |
| 3/12 | 7 | | Peak | PlanAllow | Phoenix AZ | | 1 | --- | --- | --- |
| 3/12 | 8 | | Peak | PlanAllow | Phoenix AZ | | 1 | --- | --- | --- |
| 3/12 | 8 | | Peak | PlanAllow | Tempe AZ | | 3 | --- | --- | --- |
| 3/12 | 9:20A | 623-242-0188 | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 2 | --- | --- | --- |
| 3/12 | 1 | | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 2 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 6 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow,CallVM | Glendale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/12 | | | Peak | M2MAllow | Glendale AZ | | 2 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/12. | | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Glendale AZ | Incoming CL | 10 | --- | --- | --- |
| 3/12 | | | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 6 | --- | --- | --- |
| 3/12 | | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 9 | --- | --- | --- |
| 3/13 | | | Off-Peak | N&W | Phoenix AZ | | 27 | --- | --- | --- |
| 3/13 | | | Off-Peak | N&W | Scottsdale AZ | | 2 | --- | --- | --- |
| 3/13 | | | Peak | M2MAllow | Scottsdale AZ | Glendale AZ | 2 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow,CallVM | Phoenix AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/13 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/13 | | | Peak | M2MAllow | Phoenix AZ | Glendale AZ | 3 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow | Phoenix AZ | | 1 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow,CallVM | Glendale AZ | Voice Mail CL | 2 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow | Peoria AZ | Phoenix AZ | 4 | --- | --- | --- |
| 3/13 | | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 2 | --- | --- | --- |





verizon wireless

| | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|
| | | 1383901604 | 970245565−00001 | Past Due | 9 of 18 |

## Detail for Thomas Waitkus: 602−451−8922

## Voice, continued




| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/18 | 6:34P | | Peak | M2MAllow | Glendale AZ | Glendale AZ | 5 | -- | -- | -- |
| 3/18 | 6:39P | | Peak | PlanAllow | Peoria AZ | Phoenix AZ | 1 | -- | -- | -- |
| 3/18 | 7:26P | | Peak | M2MAllow | Glendale AZ | Glendale AZ | 1 | -- | -- | -- |
| 3/18 | 7:30P | | Peak | M2MAllow | Peoria AZ | Incoming CL | 2 | -- | -- | -- |
| 3/18 | 7:31P | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 7 | -- | -- | -- |
| 3/18 | 7:38P | | Peak | PlanAllow,CallVM | Glendale AZ | Voice Mail CL | 1 | -- | -- | -- |
| 3/19 | 9:01A | | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 3/19 | 9:02A | | Peak | PlanAllow | Glendale AZ | Incoming CL | 2 | -- | -- | -- |
| 3/19 | 12:16P | 623−455−5315 | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | -- | -- | -- |
| 3/19 | 12:55P | | Peak | PlanAllow | Scottsdale AZ | | 2 | -- | -- | -- |
| 3/19 | 12:56P | | Peak | PlanAllow,CallWait | Scottsdale AZ | Incoming CL | 2 | -- | -- | -- |
| 3/19 | 12:58P | | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 12 | -- | -- | -- |
| 3/19 | 1:10P | | Peak | PlanAllow | Tempe AZ | | 20 | -- | -- | -- |
| 3/19 | 4:28P | | Peak | PlanAllow | Scottsdale AZ | Toll−Free CL | 1 | -- | -- | -- |
| 3/19 | 4:29P | | Peak | M2MAllow | Scottsdale AZ | | 24 | -- | -- | -- |
| 3/19 | 4:52P | | Peak | PlanAllow | Glendale AZ | | 1 | -- | -- | -- |
| 3/19 | 4:53P | | Peak | M2MAllow | Glendale AZ | | 1 | -- | -- | -- |
| 3/19 | 4:54P | | Peak | PlanAllow | Glendale AZ | Toll−Free CL | 5 | -- | -- | -- |
| 3/19 | 5:19P | | Peak | PlanAllow | Glendale AZ | No Phoenix AZ | 14 | -- | -- | -- |
| 3/19 | 5:36P | | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 8 | -- | -- | -- |
| 3/19 | 5:58P | | Peak | PlanAllow | Glendale AZ | Toll−Free CL | 1 | -- | -- | -- |
| 3/19 | 6:10P | | Peak | PlanAllow | Glendale AZ | Chandler AZ | 1 | -- | -- | -- |
| 3/19 | 6:35P | | Peak | M2MAllow | Glendale AZ | Glendale AZ | 6 | -- | -- | -- |
| 3/19 | 6:42P | | Peak | PlanAllow | Glendale AZ | Toll−Free CL | 2 | -- | -- | -- |
| 3/19 | 7:26P | | Peak | M2MAllow | Glendale AZ | Glendale AZ | 5 | -- | -- | -- |
| 3/20 | 6:33A | | Peak | M2MAllow | Phoenix AZ | | 22 | -- | -- | -- |
| 3/20 | 6:55A | | Peak | PlanAllow | Phoenix AZ | Detroit MI | 2 | -- | -- | -- |
| 3/20 | 6:56A | | Peak | PlanAllow | Scottsdale AZ | Toll−Free CL | 6 | -- | -- | -- |
| 3/20 | 10:30A | | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 6 | -- | -- | -- |
| 3/20 | 12:14P | | Peak | PlanAllow | Phoenix AZ | | 20 | -- | -- | -- |
| 3/20 | 12:34P | | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 3/20 | 2:12P | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 3/20 | 2:38P | 623−455−5315 | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 3/20 | 2:40P | | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 3/20 | 2:48P | | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 3 | -- | -- | -- |
| 3/20 | 4:21P | | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 2 | -- | -- | -- |
| 3/20 | 5:06P | | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 1 | -- | -- | -- |
| 3/21 | 2:43P | | Off−Peak | N&W | Glendale AZ | | 4 | -- | -- | -- |
| 3/21 | 2:46P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:47P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:47P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:47P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:48P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:48P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |
| 3/21 | 2:48P | | Off−Peak | N&W | Glendale AZ | | 1 | -- | -- | -- |

**Case 2:15-cv-01124-ROS   Document 1   Filed 06/18/15   Page 16 of 23**

| | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|
| | ████████ | ████████ | | Past Due | 10 of 18 |



## Detail for Thomas Waitkus: 602–451–8922

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/21 | 2:48P | ████████ | Off–Peak | N&W | Glendale AZ | ████████ | 1 | –– | –– | –– |
| 3/21 | 2:49P | ████████ | Off–Peak | N&W | Glendale AZ | ████████ | 1 | –– | –– | –– |
| 3/21 | 2:49P | ████████ | Off–Peak | N&W | Glendale AZ | ████████ | 1 | –– | –– | –– |
| 3/21 | 2:49P | ████████ | Off–Peak | N&W | Glendale AZ | Incoming CL | 28 | –– | –– | –– |
| 3/21 | 6:12P | ████████ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 1 | –– | –– | –– |
| 3/21 | 6:15P | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/21 | 6:16P | ████████ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 3 | –– | –– | –– |
| 3/22 | 9:57A | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/22 | 10:47A | ████████ | Off–Peak | N&W | Glendale AZ | E████████ | 5 | –– | –– | –– |
| 3/22 | 11:00A | ████████ | Off–Peak | N&W | Glendale AZ | Incoming CL | 1 | –– | –– | –– |
| 3/22 | 11:06A | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 11 | –– | –– | –– |
| 3/22 | 12:04P | ████████ | Off–Peak | N&W | Glendale AZ | Incoming CL | 1 | –– | –– | –– |
| 3/22 | 12:24P | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 26 | –– | –– | –– |
| 3/22 | 1:23P | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 3 | –– | –– | –– |
| 3/22 | 3:13P | ████████ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 1 | –– | –– | –– |
| 3/22 | 3:14P | ████████ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/22 | 3:37P | ████████ | Off–Peak | N&W | Glendale AZ | Incoming CL | 48 | –– | –– | –– |
| 3/22 | 4:25P | ████████ | Off–Peak | N&W | Peoria AZ | E████████ | 1 | –– | –– | –– |
| 3/22 | 4:26P | ████████008 | Off–Peak | N&W | Glendale AZ | Glendale AZ | 1 | –– | –– | –– |
| 3/22 | 6:06P | ████████ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 1 | –– | –– | –– |
| 3/22 | 7:42P | ████████ | Off–Peak | N&W,CallVM | Glendale AZ | Voice Mail CL | 1 | –– | –– | –– |
| 3/23 | 2:49P | ████████ | Peak | PlanAllow | Scottsdale AZ | ████████ | 35 | –– | –– | –– |
| 3/23 | 6:06P | ████████ | Peak | PlanAllow | Glendale AZ | ████████ | 1 | –– | –– | –– |
| 3/23 | 6:42P | ████████ | Peak | PlanAllow | Glendale AZ | Peoria AZ | 3 | –– | –– | –– |
| 3/23 | 6:57P | ████████ | Peak | M2MAllow | Peoria AZ | Incoming CL | 1 | –– | –– | –– |
| 3/24 | 8:42A | ████████ | Peak | PlanAllow | Phoenix AZ | ████████ | 17 | –– | –– | –– |
| 3/24 | 11:37A | ████████ | Peak | PlanAllow | Scottsdale AZ | ████████ | 30 | –– | –– | –– |
| 3/24 | 12:06P | ████████ | Peak | PlanAllow | Scottsdale AZ | ████████ | 1 | –– | –– | –– |
| 3/24 | 1:53P | ████████ | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:16P | ████████ | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 2 | –– | –– | –– |
| 3/24 | 2:18P | ████████ | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:18P | ████████ | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:21P | 623–223–7413 | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:22P | ████████ | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:23P | 623–223–7413 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:24P | 623–223–7413 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 2:24P | 623–223–7413 | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | –– | –– | –– |
| 3/24 | 3:35P | ████████ | Peak | PlanAllow | Scottsdale AZ | ████████ | 4 | –– | –– | –– |
| 3/24 | 3:40P | ████████ | Peak | PlanAllow | Phoenix AZ | ████████ | 2 | –– | –– | –– |
| 3/24 | 3:42P | ████████ | Peak | M2MAllow | Phoenix AZ | ████████ | 2 | –– | –– | –– |
| 3/24 | 3:43P | ████████ | Peak | M2MAllow | Phoenix AZ | Incoming CL | 10 | –– | –– | –– |
| 3/24 | 3:58P | ████████ | Peak | M2MAllow | Glendale AZ | Incoming CL | 3 | –– | –– | –– |
| 3/24 | 4:07P | ████████ | Peak | M2MAllow | Glendale AZ | Incoming CL | 4 | –– | –– | –– |
| 3/25 | 5:54A | ████████ | Off–Peak | N&W,PlanAllow,Span | Phoenix AZ | ████████ | 11 | –– | –– | –– |
| 3/25 | 9:32A | ████████ | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 2 | –– | –– | –– |





## Detail for Thomas Waitkus: 602-451-8922

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|-----------|-------------|-------------|------|-----------------|----------------------|-------|
| 3/29 | | | Off-Peak | N&W | Glendale AZ | Peoria AZ | 7 | --- | --- | --- |
| 3/29 | | | Off-Peak | N&W | Peoria AZ | Incoming CL | 2 | --- | --- | --- |
| 3/29 | | | Off-Peak | N&W | Peoria AZ | Incoming CL | 2 | --- | --- | --- |
| 3/29 | | | Off-Peak | N&W | Peoria AZ | Agua Fria AZ | 5 | --- | --- | --- |
| 3/29 | | | Off-Peak | N&W | Peoria AZ | Toll-Free CL | 2 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Phoenix AZ | | 22 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Tempe AZ | Toll-Free CL | 7 | --- | --- | --- |
| 3/30 | | | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Toll-Free CL | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Agua Fria AZ | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Peoria AZ | 2 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Incoming CL | 3 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 3/30 | | | Peak | M2MAllow | Glendale AZ | Incoming CL | 7 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Glendale AZ | Incoming CL | 2 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Peoria AZ | Peoria AZ | 2 | --- | --- | --- |
| 3/30 | | | Peak | M2MAllow | Peoria AZ | Incoming CL | 1 | --- | --- | --- |
| 3/30 | | | Peak | M2MAllow | Peoria AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Peoria AZ | Peoria AZ | 1 | --- | --- | --- |
| 3/30 | | | Peak | PlanAllow | Peoria AZ | Peoria AZ | 2 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Glendale AZ | Peoria AZ | 1 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Glendale AZ | Peoria AZ | 2 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Peoria AZ | Peoria AZ | 1 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Peoria AZ | Peoria AZ | 1 | --- | --- | --- |
| 3/31 | 8:56A | 623-242-0188 | Peak | PlanAllow | Phoenix AZ | Incoming CL | 1 | --- | --- | --- |
| 3/31 | 9:30A | 623-242-0188 | Peak | PlanAllow | Phoenix AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Mesa AZ | | 31 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 3 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/31 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/31 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/31 | | | Peak | M2MAllow | Phoenix AZ | | 2 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Glendale AZ | Incoming CL | 2 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow,CallVM | Glendale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/31 | | | Peak | M2MAllow | Glendale AZ | Incoming CL | 3 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 3/31 | | | Peak | PlanAllow,CallVM | Glendale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 3/31 | | | Off-Peak | N&W | Peoria AZ | | 1 | --- | --- | --- |
| 3/31 | | | Off-Peak | N&W | Glendale AZ | | 39 | --- | --- | --- |
| 4/01 | | | Peak | PlanAllow | Phoenix AZ | | 25 | --- | --- | --- |
| 4/01 | | | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 2 | --- | --- | --- |
| 4/01 | | | Peak | PlanAllow | Scottsdale AZ | | 12 | --- | --- | --- |
| 4/01 | 3:38P | 623-242-0188 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 1 | --- | --- | --- |






PO BOX 4005
ACWORTH, GA 30101-9006

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| www.vzw.com | | 05/30/15 |
| **Change your address at** vzw.com/changeaddress | Invoice Number | 1392379218 |

KEYLINE

THOMAS M WAITKUS
18899 N 77TH AVE
GLENDALE, AZ 85308-5958

## Quick Bill Summary

Apr 05 — May 04

| | |
|---|---|
| Previous Balance *(see back for details)* | ▬▬▬ |
| Payment — Thank You | ▬▬▬ |
| **Balance Forward** | **$.00** |
| Monthly Charges | ▬▬▬ |
| Verizon Wireless' Surcharges and Other Charges & Credits | ▬▬▬ |
| Taxes, Governmental Surcharges & Fees | $.00 |
| **Total Current Charges** | ▬▬▬ |

**Total Charges Due by May 30, 2015** ▬▬▬

### Verizon Wireless News

**A New Look For My Verizon**

We've redesigned the My Verizon Home page so managing your account is easier. With a new look and simpler navigation, it's easy to stay up-to-date on your usage, billing and what matters most to you. Visit vzw.com/myverizon.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.vzw.com | 1.800.922.0204 or *611 from your wireless |



VW

Bill Date          May 04, 2015
Account Number     ▬▬▬▬▬▬▬
Invoice Number     1392379218



Please Recycle

THOMAS M WAITKUS
18899 N 77TH AVE
GLENDALE, AZ 85308-5958

## Total Amount Due by May 30, 2015

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$ ☐ ☐ ☐ . ☐ ☐

PO BOX 660108
DALLAS, TX 75266-0108

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.



NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1–866–544–0401.



**verizon**wireless

## Detail for Thomas Waitkus: 602-451-8922

## Voice



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/05 | 2:20P | ▬▬▬ | Off-Peak | N&W | Glendale AZ | ▬▬▬ | 2 | -- | -- | -- |
| 4/05 | 5:15P | ▬▬▬ | Off-Peak | N&W | Glendale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/05 | 5:22P | ▬▬▬ | Off-Peak | N&W | Glendale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/05 | 5:23P | ▬▬▬ | Off-Peak | N&W | Glendale AZ | Agua Fria AZ | 3 | -- | -- | -- |
| 4/05 | 5:27P | ▬▬▬ | Off-Peak | N&W | Glendale AZ | Agua Fria AZ | 2 | -- | -- | -- |
| 4/06 | 6:15A | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 26 | -- | -- | -- |
| 4/06 | 8:10A | 623-455-5315 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/06 | 10:57A | ▬▬▬ | Peak | PlanAllow | Tempe AZ | Scottsdale AZ | 10 | -- | -- | -- |
| 4/06 | 12:08P | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Glendale AZ | 9 | -- | -- | -- |
| 4/06 | 12:40P | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 3 | -- | -- | -- |
| 4/06 | 1:35P | ▬▬▬ | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 2 | -- | -- | -- |
| 4/06 | 3:44P | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/06 | 3:46P | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | ▬▬▬ | 32 | -- | -- | -- |
| 4/06 | 5:13P | ▬▬▬ | Peak | PlanAllow | Glendale AZ | Phoenix AZ | 12 | -- | -- | -- |
| 4/07 | 7:13A | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 31 | -- | -- | -- |
| 4/07 | 10:51A | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | ▬▬▬ | 25 | -- | -- | -- |
| 4/07 | 12:08P | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | ▬▬▬ | 21 | -- | -- | -- |
| 4/07 | 3:54P | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 35 | -- | -- | -- |
| 4/07 | 5:44P | ▬▬▬ | Peak | M2MAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 4/08 | 8:42A | ▬▬▬ | Peak | M2MAllow | Phoenix AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/08 | 10:48A | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/08 | 10:55A | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/08 | 10:56A | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | ▬▬▬ | 1 | -- | -- | -- |
| 4/08 | 11:08A | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/08 | 11:48A | ▬▬▬ | Peak | M2MAllow | Tempe AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/08 | 4:24P | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | ▬▬▬ | 1 | -- | -- | -- |
| 4/08 | 4:32P | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | Incoming CL | 25 | -- | -- | -- |
| 4/08 | 6:14P | ▬▬▬ | Peak | PlanAllow | Glendale AZ | Toll-Free CL | 1 | -- | -- | -- |
| 4/09 | 6:08A | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 3 | -- | -- | -- |
| 4/09 | 6:21A | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 13 | -- | -- | -- |
| 4/09 | 6:34A | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | ▬▬▬ | 1 | -- | -- | -- |
| 4/09 | 6:35A | ▬▬▬ | Peak | PlanAllow | Tempe AZ | ▬▬▬ | 2 | -- | -- | -- |
| 4/09 | 9:55A | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | Toll-Free CL | 3 | -- | -- | -- |
| 4/09 | 12:25P | ▬▬▬ | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 1 | -- | -- | -- |
| 4/09 | 2:39P | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/09 | 4:16P | ▬▬▬ | Peak | M2MAllow | Phoenix AZ | ▬▬▬ | 2 | -- | -- | -- |
| 4/09 | 4:17P | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 1 | -- | -- | -- |
| 4/09 | 4:57P | ▬▬▬ | Peak | PlanAllow | Glendale AZ | Toll-Free CL | 6 | -- | -- | -- |
| 4/09 | 5:12P | ▬▬▬ | Peak | M2MAllow | Glendale AZ | Incoming CL | 11 | -- | -- | -- |
| 4/09 | 6:30P | ▬▬▬ | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 4/10 | 6:10A | ▬▬▬ | Peak | PlanAllow | Phoenix AZ | ▬▬▬ | 32 | -- | -- | -- |
| 4/10 | 6:45A | ▬▬▬ | Peak | PlanAllow | Scottsdale AZ | Toll-Free CL | 1 | -- | -- | -- |
| 4/10 | 12:32P | ▬▬▬ | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 2 | -- | -- | -- |
| 4/10 | 1:01P | ▬▬▬ | Peak | M2MAllow | Tempe AZ | ▬▬▬ | 19 | -- | -- | -- |
| 4/10 | 1:21P | ▬▬▬ | Peak | M2MAllow | Scottsdale AZ | Glendale AZ | 4 | -- | -- | -- |





**Case 2:15-cv-01124-ROS  Document 1  Filed 06/18/15  Page 20 of 23**

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 1392379218 | 970245565—00001 | 05/30/15 | 8 of 14 |

## Detail for Thomas Waitkus: 602—451—8922

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/22 | 10:59A | ▓▓▓▓ | Peak | M2MAllow | Tempe AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/22 | 11:01A | ▓▓▓▓ | Peak | PlanAllow | Tempe AZ | ▓▓▓▓ | 6 | -- | -- | -- |
| 4/22 | 11:06A | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/22 | 3:26P | ▓▓▓▓ | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | -- | -- | -- |
| 4/22 | 3:38P | ▓▓▓▓ | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | -- | -- | -- |
| 4/22 | 3:40P | ▓▓▓▓ | Peak | PlanAllow | Phoenix AZ | ▓▓▓▓ | 21 | -- | -- | -- |
| 4/22 | 4:01P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | No Phoenix AZ | 3 | -- | -- | -- |
| 4/22 | 6:11P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Peoria AZ | 6 | -- | -- | -- |
| 4/22 | 6:18P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Agua Fria AZ | 5 | -- | -- | -- |
| 4/23 | 12:34P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 31 | -- | -- | -- |
| 4/23 | 2:31P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/23 | 3:31P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/24 | 12:04P | ▓▓▓▓ | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 4 | -- | -- | -- |
| 4/24 | 3:20P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/24 | 3:23P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Incoming CL | 2 | -- | -- | -- |
| 4/24 | 3:25P | ▓▓▓▓ | Peak | M2MAllow | Mesa AZ | Incoming CL | 11 | -- | -- | -- |
| 4/24 | 3:38P | ▓▓▓▓ | Peak | M2MAllow | Phoenix AZ | Incoming CL | 7 | -- | -- | -- |
| 4/24 | 3:47P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 4/24 | 3:49P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Agua Fria AZ | 1 | -- | -- | -- |
| 4/24 | 4:12P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Agua Fria AZ | 1 | -- | -- | -- |
| 4/25 | 10:44A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | ▓▓▓▓ | 30 | -- | -- | -- |
| 4/25 | 11:29A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Peoria AZ | 1 | -- | -- | -- |
| 4/25 | 12:00P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | ▓▓▓▓ | 24 | -- | -- | -- |
| 4/26 | 11:50A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Paradisvly AZ | 1 | -- | -- | -- |
| 4/26 | 5:08P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 1 | -- | -- | -- |
| 4/26 | 5:10P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Peoria AZ | 1 | -- | -- | -- |
| 4/26 | 5:26P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Glendale AZ | 2 | -- | -- | -- |
| 4/27 | 3:37P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 9 | -- | -- | -- |
| 4/27 | 6:22P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Incoming CL | 1 | -- | -- | -- |
| 4/28 | 10:59A | 623–455–5315 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 1 | -- | -- | -- |
| 4/28 | 12:21P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 11 | -- | -- | -- |
| 4/28 | 12:38P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | Tempe AZ | 1 | -- | -- | -- |
| 4/28 | 1:58P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | Tempe AZ | 2 | -- | -- | -- |
| 4/28 | 4:24P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 2 | -- | -- | -- |
| 4/28 | 4:25P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 1 | -- | -- | -- |
| 4/28 | 4:27P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | ▓▓▓▓ | 1 | -- | -- | -- |
| 4/29 | 7:39A | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | ▓▓▓▓ | 3 | -- | -- | -- |
| 4/29 | 7:50A | ▓▓▓▓ | Peak | PlanAllow | Phoenix AZ | ▓▓▓▓ | 5 | -- | -- | -- |
| 4/29 | 7:54A | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Rochester MI | 1 | -- | -- | -- |
| 4/29 | 7:55A | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 5 | -- | -- | -- |
| 4/29 | 2:17P | ▓▓▓▓ | Peak | M2MAllow | Tempe AZ | Phoenix AZ | 1 | -- | -- | -- |
| 4/29 | 2:18P | ▓▓▓▓ | Peak | PlanAllow | Tempe AZ | Incoming CL | 3 | -- | -- | -- |
| 4/29 | 2:22P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | Tempe AZ | 3 | -- | -- | -- |
| 4/29 | 3:28P | ▓▓▓▓ | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 2 | -- | -- | -- |
| 4/29 | 3:29P | ▓▓▓▓ | Peak | PlanAllow | Mesa AZ | ▓▓▓▓ | 22 | -- | -- | -- |





| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 1392379218 | 970245565–00001 | 05/30/15 | 9 of 14 |

## Detail for Thomas Waitkus: 602–451–8922

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/30 | 9:37A | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | Phoenix AZ | 5 | --- | --- | --- |
| 4/30 | 9:44A | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 12 | --- | --- | --- |
| 4/30 | 12:10P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 2 | --- | --- | --- |
| 4/30 | 3:31P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | ▓▓▓▓ | 1 | --- | --- | --- |
| 4/30 | 4:49P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 5/01 | 9:00A | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Mesa AZ | 1 | --- | --- | --- |
| 5/01 | 9:01A | ▓▓▓▓ | Peak | PlanAllow | Peoria AZ | Mesa AZ | 1 | --- | --- | --- |
| 5/01 | 9:02A | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Mesa AZ | 4 | --- | --- | --- |
| 5/01 | 9:06A | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Mesa AZ | 5 | --- | --- | --- |
| 5/01 | 9:17A | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Toll–Free CL | 1 | --- | --- | --- |
| 5/01 | 1:43P | ▓▓▓▓ | Peak | PlanAllow,CallVM | Phoenix AZ | Voice Mail CL | 1 | --- | --- | --- |
| 5/01 | 2:10P | ▓▓▓▓ | Peak | PlanAllow | Phoenix AZ | Paradisvly AZ | 1 | --- | --- | --- |
| 5/01 | 2:31P | ▓▓▓▓ | Peak | PlanAllow | Peoria AZ | Paradisvly AZ | 1 | --- | --- | --- |
| 5/01 | 2:37P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 5/01 | 3:15P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Incoming CL | 1 | --- | --- | --- |
| 5/01 | 3:47P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 5/01 | 3:48P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 5/01 | 3:50P | ▓▓▓▓ | Peak | M2MAllow | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 5/01 | 6:26P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | No Phoenix AZ | 2 | --- | --- | --- |
| 5/02 | 8:21A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | No Phoenix AZ | 3 | --- | --- | --- |
| 5/02 | 2:49P | ▓▓▓▓ | Off–Peak | N&W | Phoenix AZ | Toll–Free CL | 1 | --- | --- | --- |
| 5/02 | 2:50P | ▓▓▓▓ | Off–Peak | N&W | Phoenix AZ | Toll–Free CL | 6 | --- | --- | --- |
| 5/02 | 3:03P | ▓▓▓▓ | Off–Peak | N&W | Phoenix AZ | Toll–Free CL | 9 | --- | --- | --- |
| 5/02 | 3:12P | ▓▓▓▓ | Off–Peak | N&W | Phoenix AZ | Toll–Free CL | 1 | --- | --- | --- |
| 5/02 | 3:17P | ▓▓▓▓ | Off–Peak | N&W | Phoenix AZ | Toll–Free CL | 6 | --- | --- | --- |
| 5/02 | 7:11P | ▓▓▓▓ | Off–Peak | N&W | Peoria AZ | Peoria AZ | 2 | --- | --- | --- |
| 5/02 | 7:22P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 5/02 | 9:13P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 6 | --- | --- | --- |
| 5/03 | 7:52A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | ▓▓▓▓ | 3 | --- | --- | --- |
| 5/03 | 8:07A | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | ▓▓▓▓ | 2 | --- | --- | --- |
| 5/03 | 2:42P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Peoria AZ | 2 | --- | --- | --- |
| 5/03 | 2:45P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Peoria AZ | 4 | --- | --- | --- |
| 5/03 | 2:55P | ▓▓▓▓ | Off–Peak | N&W | Glendale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 5/03 | 5:56P | ▓▓▓▓ | Off–Peak | N&W,CallVM | Peoria AZ | Voice Mail CL | 2 | --- | --- | --- |
| 5/04 | 7:42A | ▓▓▓▓ | Peak | PlanAllow | Phoenix AZ | ▓▓▓▓ | 17 | --- | --- | --- |
| 5/04 | 11:06A | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 14 | --- | --- | --- |
| 5/04 | 2:45P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | Agua Fria AZ | 3 | --- | --- | --- |
| 5/04 | 3:12P | ▓▓▓▓ | Peak | M2MAllow | Scottsdale AZ | ▓▓▓▓ | 1 | --- | --- | --- |
| 5/04 | 3:14P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 1 | --- | --- | --- |
| 5/04 | 3:14P | ▓▓▓▓ | Peak | PlanAllow | Scottsdale AZ | ▓▓▓▓ | 1 | --- | --- | --- |
| 5/04 | 3:30P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | ▓▓▓▓ | 27 | --- | --- | --- |
| 5/04 | 4:08P | 623–223–7413 | Peak | PlanAllow | Glendale AZ | Incoming CL | 2 | --- | --- | --- |
| 5/04 | 6:59P | ▓▓▓▓ | Peak | PlanAllow | Glendale AZ | Toll–Free CL | 2 | --- | --- | --- |





#2



#12



#13



#14



#16



#17



#18



#19



#20



#22