Damian P. Richard, Esq. (SBN 028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions-law.biz

Attorneys for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS M. WAITKUS, individual,<br><br>                    Plaintiff,<br><br>     vs.<br>WEST ASSET MANAGEMENT, INC.,<br>a corporation, et al,<br><br>                    Defendant. | Case No.  CV-15-01124-PHX-ROS<br><br>DEFENDANT'S PROPOSED CASE MANAGEMENT PLAN |

1. Attorney Damian P. Richard, counsel for Defendant, West Asset Management, Inc. ("WAM") developed this plan.

2. Nature of the Case: Plaintiff's complaint asserts causes of action for the alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692d.  WAM maintains that at hospital registration, Plaintiff provided express written consent to receive on his cellular phone calls placed by his medical creditor John C. Lincoln Medical Center, and its debt collector WAM.

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331.

4. All parties have been served.

5. No additional parties are contemplated.

6. WAM will be filing a motion for summary judgment.

7. WAM proposes the exchange of initial disclosures by September 18, 2015.

8. WAM agrees to the discovery limitations imposed by the Rules of Civil Procedure. WAM foresees no issues relating to ESI, privilege, or work-product at this time

9. Proposed deadlines:

    a. Completion of fact discovery by January 29, 2016.

    b. WAM does not expect the need for any expert testimony or expert depositions.

    c. WAM proposed February 15, 2016 as the deadline for filing dispositive motions.

    d. The parties have conducted good-faith settlement discussions.

10. WAM expects the trial to last 3 hours.

11. WAM has no further suggestions.

Respectfully submitted this 9th day of September, 2015.

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Damian P. Richard, Esq*
Damian P. Richard, Esq.
Attorney for Defendant
West Asset Management, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on September 9, 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  9/9/2015             SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                             */s/Damian P. Richard*
                             Damian P. Richard