# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas M. Waitkus, | No. CV-15-01124-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| West Asset Management Incorporated, | |
| Defendant. | |

Pursuant to the parties' Stipulation to Dismissal of Entire Case with Prejudice (Doc. 27),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the May 2, 2016 interim status conference is **VACATED**.

Dated this 9th day of February, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge